IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JANICE K. THARP, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Civil Action No. 05-3116-CV-S-REL |
| JO ANNE B. BARNHART, | |
| Defendant. | |

\_\_\_\_\_ **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

_XX_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED

    that the decision of the Commissioner is reversed, and this case is remanded pursuant to Sentence Four. On remand, the Commissioner shall compare the plaintiff's residual functional capacity to the requirements of her past relevant work and, if necessary, make an alternate finding at step five of the sequential analysis.

    P. L. Brune, Clerk

March 20, 2006     _____     By _/s/ Bonnie J. Rowland_
   Date                                                            Deputy Clerk